OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

October 27, 2022

Laura S. Irwin, Esq.
Andrew C. Noll, Esq.
Renee Pietropaolo, Esq.

RE: USA v. Erik Harris
Case Number: 21-3031
District Court Case Number: 2-19-cr-00313-001

Dear Counsel:

At the direction of the Court, counsel in the above-entitled case is advised that there will be no oral argument at this time in this matter and that the Court will hold the case C.A.V. pending the decision of a previous panel, and then will decide whether to have oral argument.

Very truly yours,

*/s/ Patricia S. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By: */s/ Patrick A. McCauley, Jr.*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932