UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-3031

UNITED STATES OF AMERICA

v.

ERIK MATTHEW HARRIS,
Appellant

(W.D. Pa. No. 2-19-cr-00313-001)

Present: KRAUSE, BIBAS, & AMBRO, Circuit Judges

_____ORDER_____

  The parties shall submit supplemental letter briefs of no more than ten single-spaced pages by Monday, October 16 at 12 Noon, addressing whether habitual ingestion of regulated substances, including, marijuana, is analogous to or triggers conditions analogous to schizophrenia or other mental illnesses or cognitive impairments, as well as any medical or scientific evidence that the parties may wish to present that bears on that question, and whether historical precedents (or lack thereof) support disarming those with such habits, addictions, impairments or mental illnesses. Any amici curiae may also submit supplemental briefs of up to five single-spaced pages on those questions by that deadline, though they may not duplicate briefs already submitted. Argument will be calendared at the convenience of the Court.

                 By the Court,

                 s/ Cheryl Ann Krause
                 Circuit Judge

Dated: September 5, 2023
Lmr/cc: All Counsel of Record