OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 4, 2023

Laura S. Irwin, Esq.
Andrew C. Noll, Esq.
Renee Pietropaolo, Esq.

RE: USA v. Erik Harris
Case Number: 21-3031
District Court Case Number: 2-19-cr-00313-001

Dear Counsel:

At the direction of the Court, counsel in the above-entitled case is advised that there will be no oral argument at this time in this matter and that the Court will hold the case *c.a.v.* pending the Supreme Court's decision in *United States v. Rahimi*, No. 22-915 (U.S. argued Nov. 7, 2023), and its disposition of *Garland v. Range*, No. 23-374 (U.S. filed Oct. 5, 2023), and *United States v. Daniels*, No. 23-376 (U.S. filed Oct. 5, 2023).

Very truly yours,

*/s/ Patricia S. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By: */s/ Patrick A. McCauley, Jr.*
Patrick A. McCauley, Jr.,
Calendar Clerk
267-299-4932