Lisa B. Freeland
*Federal Public Defender*

Michael J. Novara
*First Assistant
Federal Public Defender*

Elisa A. Long
*Supervisory Assistant
Federal Public Defender*

# Federal Public Defender
WESTERN DISTRICT OF PENNSYLVANIA
1001 LIBERTY AVENUE
SUITE 1500
PITTSBURGH, PENNSYLVANIA 15222
phone: (412) 644-6565
fax: (412) 644-4594
website: *http://paw.fd.org*

Johanathan D. Brooks
Christopher B. Brown
Kimberly R. Brunson
Linda E.J. Cohn
Ray Kim
Gabrielle Lee
Sarah Levin
Andrew Z. Lipson
Thomas Livingston
Jake D. Morrison
Renee D. Pietropaolo
Samuel G. Saylor
Samantha L. Stern

*Assistant Federal Public Defenders
Erie Branch Office
(814) 455-8089*

March 1, 2024

VIA ELECTRONIC FILING

Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Re:**   *United States v. Erik Harris,* **No. 21-3031**
**Response to the Government's Letter dated February 13, 2024**

Dear Ms. Dodszuweit:

Mr. Harris responds to the government's Rule 28(j) letter addressing out-of-circuit authority regarding 18 U.S.C. § 922(g)(3). Mr. Harris respectfully suggests that the Court would be better served by supplemental briefing addressing new authority after the Supreme Court resolves *United States v. Rahimi*, No. 22-915 (and potentially following its disposition of the petitions in *Garland v. Range*, No. 23-374 and *United States v. Daniels*, No. 23-376) rather than through serial 28(j) letters submitted while proceedings remained stayed.

To the extent prompt response is required, Mr. Harris maintains that *United State v. Morales-Lopez*, 92 F.4th 936 (10th Cir. 2024) was wrongly decided and is distinguishable. The Tenth Circuit held that an appellant challenging a statute as facially vague in violation of due process must show the statute is unconstitutionally vague as applied to him. *Id*., 994. Morales-Lopez could not make that showing given evidence of his regular and ongoing drug use as of the

date of his arrest while in possession of both a firearm and a user amount of drugs. *Id.*, 945-46. Mr. Harris relies on Supreme Court authority, rejected by the Tenth Circuit, to argue that due process and separation of powers prohibit vague laws like § 922(g)(3), that because § 922(g)(3) burdens a fundamental right, facial vagueness challenges are not categorically prohibited, and, alternatively, that the statute is vague as applied to him. *See* Reply Br. 22-26; Br. 34-51. *Morales-Lopez* addressed only due process, and its as-applied holding does not speak to Mr. Harris' materially distinct circumstances.

      Regardless, Mr. Harris (unlike Morales-Lopez) also raises distinct arguments that § 922(g)(3), on its face and as applied to him, an adult recreational marijuana user who was not intoxicated at the time of the charged possession, violates the Second Amendment. This Court can resolve this appeal by narrowly deciding § 922(g)(3) violates the Second Amendment as applied to Mr. Harris given the "cardinal" principle of the judicial process that "if it is not necessary to decide more, it is necessary not to decide more." *Citizens United v. Federal Election Com'n*, 558 U.S. 310, 405-06 (2010) (Scalia, dissenting) (internal citation omitted).

      Respectfully,

*/s/ Renee Pietropaolo*
Renee Pietropaolo
Assistant Federal Public Defender

cc:  Andrew C. Noll, Esq.

**Certificate of Compliance**

This letter complies with the type-volume limitation of Fed. R. App. P. 28(j) because the body of this letter contains 349 words. This letter also complies with the typestyle requirements of Fed. R. App. P. 32 because it has been prepared in a proportionally spaced, 14-point serif typeface using Microsoft Word.

*/s/ Renee Pietropaolo*
Renee Pietropaolo

**Certificate Of Service**

I hereby certify that on March 1, 2024, I electronically filed the foregoing Letter using the Third Circuit Court of Appeals' Electronic Case Filing (CM/ECF) system. I also certify that I served copies upon Filing User Andrew C. Noll, through the appellate CM/ECF system.

*/s/ Renee Pietropaolo*
Renee Pietropaolo