

**U.S. Department of Justice**

Criminal Division

*950 Pennsylvania Avenue N.W., Room 1252*
*Washington, DC 20530-0001*
*Tel: (202) 307-1982*

July 2, 2024

**VIA CM/ECF**

The Honorable Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

       Re:     *United States v. Erik Harris*, No. 21-3031
                 Held C.A.V. pending *United States v. Rahimi*, No. 22-915 (S. Ct.);
                 *Garland v. Range*, No. 23-374 (S. Ct.); and *United States v. Daniels*,
                 No. 23-376 (S. Ct.)

Dear Ms. Dodszuweit,

      Pursuant to Federal Rule of Appellate Procedure 28(j), the United States writes to notify the Court of the Supreme Court's resolution of the cases for which this appeal has been held in abeyance.

      On June 21, 2024, the Supreme Court issued its decision in *United States v. Rahimi*, 602 U.S. ___, 2024 WL 3074728, in which the Court held that 18 U.S.C. § 922(g)(8), which prohibits firearm possession by an individual who is subject to a domestic violence restraining order, does not violate the Second Amendment on its face or as applied to the defendant in that case.

      Today, the Supreme Court granted the petitions for writs of certiorari in *Garland v. Range*, No. 23-374, and *United States v. Daniels*, No. 23-376, vacated the judgments, and remanded those cases to this Court and the Fifth Circuit, respectively, for further consideration in light of the Court's decision in *Rahimi*.

I would appreciate your assistance in distributing this letter to the panel assigned to this appeal.

Respectfully submitted,

/s/ Andrew C. Noll

ANDREW C. NOLL
*Counsel for the United States*

## CERTIFICATE OF COMPLIANCE

1.    This letter complies with the type-volume limitation of Federal Rule of Appellate Procedure 28(j), because the body of this letter contains 164 words.

2.    This letter complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because this letter has been prepared in a proportionally spaced, 14-point serif typeface using Microsoft Word.

/s/ Andrew C. Noll
Andrew C. Noll

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, I electronically filed the foregoing with the Clerk of the Court of the U.S. Court of Appeals for the Third Circuit using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

/s/ Andrew C. Noll
Andrew C. Noll