IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Appellee,<br><br>   v.<br>ERIK MATTHEW HARRIS,<br>   Appellant. | )<br>)<br>)<br>)  No. 21-3031<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME TO FILE
<u>PETITION FOR REHEARING AND/OR REHEARING *EN BANC*</u>**

AND NOW, comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Laura S. Irwin, Assistant United States Attorney for said district, and respectfully requests an extension of thirty days until August 28, 2025, to file any petition for rehearing and/or hearing *en banc*, and in support thereof states the following:

  1.  On July 14, 2025, this Court issued its decision in the above-captioned matter, affirming in part, vacating in part, and remanding. The Court unanimously rejected Harris' challenge to his convictions on three counts of making false statements in connection with the acquisition of a firearm in violation of 18 U.S.C. § 922(a)(6) and also rejected his claim that 18 U.S.C. § 922(g)(3) was vague, facially and as applied to him. As to the constitutionality of § 922(g)(3), two members of the panel held that "history and tradition justify § 922(g)(3)'s restrictions on those who pose a special danger of misusing firearms because they frequently use drugs," Slip.

1

op. 3, and that remand for further fact-finding was necessary for evaluation of whether the statute comported with Second Amendment as applied to Harris. Slip. op. 20-21. On this issue, one panel member dissented, arguing that the standard for potential dangerousness was "too low" and instead a showing that a person "presents a clear threat of danger" or a "clear threat of physical violence to another" should be required. Dissent 1, 9.

2. The time for filing a petition for further consideration by the Court expires on July 28, 2025. *See* Fed. R. App. P. 40(d)(1).

3. The Court's decision has been called to the attention of the Department of Justice in Washington, D.C. and the Office of the Solicitor General for the purpose of deciding whether the United States should seek further review. *See* 28 C.F.R. 0.20(b).

4. Because of the importance of the issues addressed by the opinion, the Department of Justice must conduct a thorough analysis to aid it in its determination of whether to seek further review by this Court. Given the extent of this analysis, it is unlikely that it will be completed by July 28, 2025.

WHEREFORE, for the foregoing reasons, the Government respectfully requests a thirty day extension of time, until August 28, 2025, to file any petition for rehearing and/or for rehearing *en banc*.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

/s/Laura S. Irwin
Laura S. Irwin
Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that the following is a filing user and will be served electronically by the Notice of Docketing Activity:

> Renee Pietropaolo, Esq.
> Assistant Federal Defender
> 1001 Liberty Avenue
> 1500 Liberty Center
> Pittsburgh, PA 15222
> *Counsel for Appellant*

> <u>/s/ Laura S. Irwin</u>
> Laura S. Irwin
> Assistant United States Attorney

July 18, 2025