UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. <u>21-3031</u>

UNITED STATES OF AMERICA,

     v.

ERIK MATTHEW HARRIS,
               Appellant

     (W.D. Pa. No. 2:19-cr-00313-001)


Present:   KRAUSE, BIBAS, and AMBRO, <u>Circuit Judges</u>

1. Letter from Attorney Andrew C. Noll, Esq. for Appellee USA with request to continue stay.


                          Respectfully,

                          Clerk

_____ORDER_____

   The foregoing motion is granted.


                          By the Court,

                          <u>s/Stephanos Bibas</u>
                          Circuit Judge


Dated: January 14, 2026
Lmr/cc: All Counsel of Record