<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. 21-3031


UNITED STATES OF AMERICA,

    v.

ERIK HARRIS,
                Appellant

    (W.D. Pa. No. 2:19-cr-00313-001)


Present:   KRAUSE, BIBAS, and AMBRO, <u>Circuit Judges</u>



ORDER


      In an order entered June 29, 2026, the U.S. Supreme Court vacated the judgment of this Court and remanded for further consideration in light of *United States v. Hemani*, 608 U.S. \_\_\_ (2026). The parties shall, on or before noon on Tuesday, July 14, file five-page, single-spaced supplemental letter briefs addressing how, if at all, *Hemani* should affect this Court's ruling.


                      By the Court,


                      <u>s/Stephanos Bibas</u>
                      Circuit Judge


Dated: June 29, 2026
Lmr/cc: All Counsel of Record